in the first division of this court for the first district at the March term, 1925. Affirmed. Opinion filed November 23, 1925.

Forest Garfield Smith, for appellant. Francis X. Busch, Corporation Counsel, for appellees; Albert H. Veeder and Arthur Manning, Assistant Corporation Counsel, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

**Harry Erickson, appellant, v. John Sullivan, appellee. Gen. No. 29,748.**

Appeal dismissed for want of proper appeal bond. Appeal from the Circuit Court of Cook county; the Hon. David M. Brothers, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1925. Appeal dismissed. Opinion filed November 23, 1925.

Olds & Tourje, for appellant; J. J. Goshkin, of counsel. Joseph F. Elward, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

**Jake Brozosky, plaintiff in error, v. M. Gross, defendant in error. Gen. No. 29,997.**

Action upon check on which payment stopped. Judgment for defendant. Error to the Municipal Court of Chicago; the Hon. Daniel P. Trude, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1925. Affirmed. Opinion filed November 23, 1925. Rehearing denied December 7, 1925.

Hoffman & Buchhalter, for plaintiff in error. Shulman, Shulman & Abrams, for defendant in error.

Mr. Justice McSurely delivered the opinion of the court.

---

**Mae Belle Conroyd, executrix of the last will and testament of Frank Conroyd, deceased, plaintiff in error, v. Yellow Cab Company, defendant in error. Gen. No. 30,017.**

Action for death of passenger in collision of taxicabs. Voluntary dismissal as to one after direction of verdict for other defendant. Error to the Superior Court of Cook county; the Hon. Jesse Holdom, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1925. Reversed and remanded. Opinion filed November 23, 1925.

James C. McShane, for plaintiff in error. Moloney & Postelnek, John E. Kehoe and Busby, Weber, Miller & Donovan, for defendant in error; Benjamin Samuels, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

---

**Henry H. Maier, appellee, v. Leo J. Dwyer, appellant. Gen. No. 30,029.**

Action for money received for use of plaintiff. Judgment for plaintiff on directed verdict. Appeal from the Circuit Court of Cook county; the Hon. Harry M. Fisher, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1925. Affirmed. Opinion filed November 23, 1925. *Certiorari* denied by Supreme Court (making opinion final).

Joseph P. Mahoney, for appellant. Marshall E. Gallion, for appellee.

Mr. Justice McSurely delivered the opinion of the court.